Opinion by Oliver, C. J.   In accordance with stipulation of counsel that the merchandise consists of lambskin plates the same in all material respects as those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643), the claim for free entry under paragraph 1681 was sustained.

Ford, J., concurred.

Mollison, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1643, *supra.*

**No. 58963.**—Dmitrovsky Bros., Inc., et al. *v.* United States, protests 944755–G, etc. (New York).

Opinion by Oliver, C. J.   In accordance with stipulation of counsel that the merchandise consists of lambskin plates the same in all material respects as those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643), the claim for free entry under paragraph 1681 was sustained.

Ford, J., concurred.

Mollison, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1643, *supra.*

**No. 58964.**—Sam Bernstein China Corp. et al. *v.* United States, protests 26011–K, etc. (New York).

Opinion by Oliver, C. J.   It was stipulated that the items marked "A" consist of kidskin plates the same in all material respects as those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480) and that the items marked "B" consist of lambskin plates similar to those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643).   Accepting this stipulation as a statement of fact and following the cited decisions, the claim for free entry under paragraph 1681 was sustained.

Ford, J., concurred.

Mollison, J., dissented for the reasons set forth in his dissenting opinions in C. D. 1480 and C. D. 1643, *supra.*

**No. 58965.**—S. S. Kresge Co. *v.* United States, protests 221666–K and 208204–K (New York).